# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| JENNIFER SONG and SCOTT WERTKIN, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>CHAMPION PETFOODS USA INC. and CHAMPION PETFOODS LP,<br><br>                Defendants. | CASE NO. 0:18-cv-03205-PJS-KMM<br><br>**DEFENDANTS' MOTION TO DISMISS** |

_____

Defendants Champion Petfoods USA Inc. and Champion Petfoods LP ("Defendants") hereby move to dismiss Plaintiffs' Second Amended Complaint with prejudice, pursuant to Fed. R. Civ. P. 12(b)(1) and (6) and LR 7.1(c) of the Local Rules for the U.S. District Court for the District of Minnesota, on the grounds that the Second Amended Complaint fails to state a claim against Defendants upon which relief can be granted and that Plaintiffs lack standing.

Defendants' motion is supported by the files, records, and proceedings in this case, including Defendants' supporting Memorandum of Law, Affidavit of David A. Coulson and proposed Order.

Dated: June 1, 2020          **GREENBERG TAURIG, PA**

*/s/ David A. Coulson*
David A. Coulson, Esq. (*pro hac vice*)
333 S.E. 2nd Avenue, Suite 4400
Miami, FL 33131
Tel.: (305) 579-0754
Fax: (305) 579-0500
Email: coulsond@gtlaw.com

**SIEGEL BRILL, P.A.**
Blake Shepard (MN #161536)
100 W. Washington Avenue South
Suite 1300
Minneapolis, MN 55401
Tel.: (612) 337-6100
Fax: (612) 339-6591
Email: blakeshepard@siegelbrill.com

*Attorneys for Defendants*
*Champion Petfoods USA Inc. and*
*Champion Petfoods LP*