# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Jennifer Song, Scott Wertkin | **JUDGMENT IN A CIVIL CASE** |
| Plaintiffs, | |
| v. | Case Number: 18-cv-3205 PJS/KMM |
| Champion Petfoods USA, Inc., Champion Petfoods LP | |
| Defendants. | |

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

defendants' motion to dismiss [ECF No. 32] is

GRANTED and the Second Amended Complaint is DISMISSED WITH PREJUDICE.

Date: 12/23/2020                                               KATE M. FOGARTY, CLERK