# United States Court of Appeals
## *For The Eighth Circuit*

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

December 28, 2020

Mr. Daniel E. Gustafson
GUSTAFSON & GLUEK
Suite 2600
120 S. Sixth Street
Minneapolis, MN  55402-0000

RE:  20-3689  Jennifer Song, et al v. Champion Petfoods USA, Inc., et al

Dear Mr. Gustafson:

The district court clerk has transmitted a notice of appeal in this matter, and we have docketed it under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs may be obtained by contacting the St. Louis Clerk's office.

Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

      Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

      On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

      If you have any questions about the schedule or procedures for the case, please contact our office.

      Michael E. Gans  
      Clerk of Court

CBO

Enclosure(s)

cc:    Mr. Daryl DeValerio Andrews  
      Ms. Elisa Hevia Baca  
      Ms. Debra Beauvais  
      Ms. Raina Borrelli  
      Mr. David A. Coulson  
      Ms. Kate M. Fogarty  
      Mr. Robert S. Galbo  
      Ms. Karla M. Gluek  
      Mr. Jared R. Kessler  
      Mr. Steven M. McKany  
      Mr. William C. Penwell  
      Ms. Michelle Perkovic  
      Ms. Rebecca A. Peterson  
      Mr. Kevin A. Seely  
      Mr. Rick L. Shackelford  
      Mr. Robert K. Shelquist  
      Mr. Blake Shepard Jr.  
      Mr. Mark J. Tamblyn  
      Mr. Kenneth A. Wexler

      District Court/Agency Case Number(s):   0:18-cv-03205-PJS

**Caption for Case Number:   20-3689**

Jennifer Song, on behalf of themselves and all others similarly situated; Scott Wertkin, on behalf of themselves and all others similarly situated

        Plaintiffs - Appellants

v.

Champion Petfoods USA, Inc.; Champion Petfoods, LP

        Defendants - Appellees

**Addresses for Case Participants:   20-3689**

Mr. Daniel E. Gustafson
GUSTAFSON & GLUEK
Suite 2600
120 S. Sixth Street
Minneapolis, MN  55402-0000

Mr. Daryl DeValerio Andrews
ANDREWS & DEVALERIO
P.O. BOX 67101
Chestnut Hill, MA  02110

Ms. Elisa Hevia Baca
GREENBERG & TRAURIG
Suite 4100
333 S.E. Second Avenue
Miami, FL  33131

Ms. Debra Beauvais
U.S. COURTHOUSE
300 S. Fourth Street
Minneapolis, MN  55415

Ms. Raina Borrelli
GUSTAFSON & GLUEK
Suite 2600
120 S. Sixth Street
Minneapolis, MN  55402-0000

Mr. David A. Coulson
GREENBERG & TRAURIG
Suite 4100
333 S.E. Second Avenue
Miami, FL  33131

Ms. Kate M. Fogarty
U.S. DISTRICT COURT
District of Minnesota
202 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN  55415-0000

Mr. Robert S. Galbo
GREENBERG & TRAURIG
Suite 4100
333 S.E. Second Avenue
Miami, FL  33131

Ms. Karla M. Gluek
GUSTAFSON & GLUEK
Suite 2600
120 S. Sixth Street
Minneapolis, MN  55402-0000

Mr. Jared R. Kessler
GREENBERG & TRAURIG
Suite 4100
333 S.E. Second Avenue
Miami, FL  33131

Mr. Steven M. McKany
ROBBINS, LLP
5040 Shoreham Place
San Diego, CA  92122

Mr. William C. Penwell
SIEGEL & BRILL
Suite 1300
100 Washington Avenue, S.
Minneapolis, MN  55401-0000

Ms. Michelle Perkovic
WEXLER & WALLACE
Suite 3300
55 W. Monroe Street
Chicago, IL  60603

Ms. Rebecca A. Peterson
LOCKRIDGE & GRINDAL
Suite 2200
100 Washington Avenue, S.
Minneapolis, MN  55401-0000

Mr. Kevin A. Seely
ROBBINS & ARROYO
Suite 1900
600 B Street
San Diego, CA  92101

Mr. Rick L. Shackelford
GREENBERG & TRAURIG
Suite 1900
1840 Century Park, E.
Los Angeles, CA  90067

Mr. Robert K. Shelquist
LOCKRIDGE & GRINDAL
Suite 2200
100 Washington Avenue, S.
Minneapolis, MN  55401-0000

Mr. Blake Shepard Jr.
SIEGEL & BRILL
Suite 1300
100 Washington Avenue, S.
Minneapolis, MN  55402

Mr. Mark J. Tamblyn
WEXLER & WALLACE
Suite 200
333 University Avenue
Sacramento, CA  95825

Mr. Kenneth A. Wexler
WEXLER & WALLACE
Suite 3300
55 W. Monroe Street
Chicago, IL  60603